UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KIMBERLY GALLAMORE., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:24-CV-148-SNLJ |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

On October 23, 2024, defendant Portfolio Recovery Associates, LLC ("PRA") moved this court for judgment on the pleadings. [Doc. 25]. Plaintiff Gallamore replied on December 2, 2024. [Doc. 32]. In defendant's subsequent reply on March 18, 2025, a purchase agreement regarding plaintiff's account was attached. [Doc. 32-2]. These additional contracts were not in the original pleadings, and thus will be considered additional material. *See BJC Health System v. Columbia Cas. Co.*, 348 F.3d 685 (8th Cir. 2003). When "matters outside the pleadings are presented to and not excluded by the Court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion." Fed. R. Civ. P. 12(d) (emphasis added).

**IT IS HEREBY ORDERED** that defendant PRA will be given 14 days from the date of this Order to submit any additional argument and/or documents in support of the

motion for summary judgment.  Plaintiff Gallamore has 14 days to respond to any such filing by PRA.

**IT IS FURTHER ORDERED** that the trial scheduled for August 5, 2025 is **VACATED**.

**SO ORDERED** this 29th day of April, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE